# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2394

_____

United States of America,　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　Appellee,　　　　　　　*
　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　　v.　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　*　Eastern District of Missouri.
Isaac Pike,　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　　Appellant.　　　　　　*

_____

Submitted: November 30, 2010
Filed: December 6, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Isaac Pike appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 41(e)[2] motions for the return of property. Upon reviewing the district

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

[2]In 2002, Rule 41 was reorganized, and the substance of former subsection (e) was incorporated into subsection (g). See Fed. R. Crim. P. 41 advisory committee's notes (2002 amends.) (language of Rule 41 was amended as part of general restyling of Federal Rules of Criminal Procedure; except as otherwise noted, changes were intended to be stylistic only).

court's legal conclusions de novo and its findings of fact for clear error, <u>see</u> <u>Jackson v. United States</u>, 526 F.3d 394, 396 (8th Cir. 2008), we conclude that the district court properly denied Pike's motions for the reasons it stated. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____